AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF —— Massachusetts

Securities and Exchange Commission,
        Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

James E. Reid,
        Defendant

CASE NUMBER:

04 10832 JLT

TO: (Name and address of defendant)

    James E. Reid

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ian Roffman, Esq.
US SEC
73 Tremont Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

APR 27 2004
DATE

(BY) DEPUTY CLERK