UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JAMES E. REID

    Defendant.

C.A. No. 04-CV-10832-MASS.

**PLAINTIFF'S APPLICATION FOR ENTRY OF
CLERK'S DEFAULT AGAINST DEFENDANT JAMES E. REID**

Plaintiff Securities and Exchange Commission ("Commission") requests that the Clerk of Court enter a default pursuant to Fed. R. Civ. P. 55(a) against defendant James E. Reid ("Reid").

In support of this request, the Commission has filed return of service indicating that Reid was served with the Summons, Complaint, and Amended Complaint in this matter and that he has not filed an Answer or otherwise responded to the Complaint in this action within the time period prescribed by Fed. R. Civ. P. 12(a).

Judgment by default must be entered by the Court pursuant to Fed. R. Civ. P. 55(b)(2), because the Court must determine the proper amount of disgorgement. Accordingly, following entry of default by the Clerk, the Commission will file a Motion for Entry of Default Judgment with supporting papers with the Court.

Dated: September 22, 2004
      Boston, Massachusetts

Respectfully submitted,

_____
Ian D. Roffman (BBO No. 637564)
Scott D. Pomfret (BBO No. 641717)
ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8900 ext. 8987 (Roffman)

### Certificate of Service

I, Ian D. Roffman, hereby certify that on September 22, 2004, I caused a true and correct copy of the foregoing Plaintiff's Application for Entry of Clerk's Default Judgment Against Defendant James E. Reid to be served by first class mail, postage prepaid, upon James E. Reid, 400 Mossom Place, Waterloo, Ontario, CANADA.

Dated: September 22, 2004

_____
Ian D. Roffman

2