UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Securities and Exchange Commission**<br>**Plaintiff**<br><br>V.<br><br>**James E. Reid**<br>**Defendant** | CIVIL ACTION<br><br>NO. 04-cv-10832 JLT |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Securities and Exchange Commission** for an order of Default for failure of the Defendant, **James E. Reid**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **6th** day of **October, 2004**.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Kimberly M. Abaid
**Deputy Clerk**

**Notice mailed to: All counsel of record**

(Default Notice.wpd - 2/2000)                                                                                                [ntcdflt.]