UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :
                      Plaintiff,    :   C.A. No. 04-CV-10832-JLT
       v.                           :
                                    :
JAMES E. REID                       :
                                    :
                      Defendant.    :
_____ :

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT AGAINST DEFENDANT JAMES E. REID**

Plaintiff Securities and Exchange Commission ("Commission") moves pursuant to Fed. R. Civ. P. 55(b)(2) for entry of default judgment against Defendant James E. Reid for failure to plead or otherwise defend this action. The Clerk of Court entered default pursuant to Fed. R. Civ. P. 55(a) against defendant Reid on October 6, 2004.

For the reasons stated in its memorandum of law and supporting declaration, the Commission seeks entry of final judgment against defaulting defendant Reid ordering the relief sought in the complaint, including an injunction against future violations of the relevant federal securities laws, disgorgement of a total of $263,641.39 of ill-gotten gains plus prejudgment interest, imposition of a civil money penalty in an appropriate amount, and an bar against serving as an officer or director of a public company. A proposed Final Judgment by Default is submitted herewith.

Dated: October 21, 2004
   Boston, Massachusetts

Respectfully submitted,

_____
Ian D. Roffman (BBO No. 637564)
Scott D. Pomfret (BBO No. 641717)
ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8900 ext. 8987 (Roffman)

### Certificate of Service

  I, Ian D. Roffman, hereby certify that on October 21, 2004, I caused a true and correct copy of the foregoing Plaintiff's Motion for Entry of Default Judgment Against Defendant James E. Reid to be served by first class mail, postage prepaid, upon James E. Reid, 400 Mossom Place, Waterloo, Ontario, CANADA.

Dated: October 21, 2004

_____
Ian D. Roffman