

# U.S. Securities and Exchange Commission
# Division of Enforcement
# Prejudgment Interest Report

**James E. Reid**

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $234,000.00 |
| 05/01/2002-06/30/2002 | 6% | 1% | $2,340.00 | $236,340.00 |
| 07/01/2002-09/30/2002 | 6% | 1.5% | $3,545.10 | $239,885.10 |
| 10/01/2002-12/31/2002 | 6% | 1.5% | $3,598.28 | $243,483.38 |
| 01/01/2003-03/31/2003 | 5% | 1.25% | $3,043.54 | $246,526.92 |
| 04/01/2003-06/30/2003 | 5% | 1.25% | $3,081.59 | $249,608.51 |
| 07/01/2003-09/30/2003 | 5% | 1.25% | $3,120.11 | $252,728.62 |
| 10/01/2003-12/31/2003 | 4% | 1% | $2,527.29 | $255,255.91 |
| 01/01/2004-03/31/2004 | 4% | 1% | $2,552.56 | $257,808.47 |
| 04/01/2004-06/30/2004 | 5% | 1.25% | $3,222.61 | $261,031.08 |
| 07/01/2004-09/30/2004 | 4% | 1% | $2,610.31 | $263,641.39 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| 05/01/2002-09/30/2004 | | | $29,641.39 | $263,641.39 |